G. W. HELME v. C. W. POLLARD & Co.—GRUMAN & Co., Garnishees.

*The answers of garnishees, when categorical, are conclusive, unless disproved.*

APPEAL from the Fifth District Court of New Orleans, *Eggleston*, J.
    *C. Roselius*, for plaintiff.    *W. D. Hennen*, for garnishees and appellants.

LAND, J. The plaintiff, the judgment creditor of the defendants, garnisheed *Gruman & Co.*, under the Act of the 20th of March, 1839.

The answers of the garnishees to the interrogatories propounded, deny explicitly that they have in their possession or under their control any property, rights or credits belonging to the defendants. They answer, that they have in their possession certain promissory notes payable to the order of defendants, and endorsed by them in blank,—but that they are not the property of defendants.

The plaintiff, alleging that the answers were evasive and untrue, took a rule on garnishees to show cause why they should not be condemned to deliver up these notes or pay the amount of plaintiff's judgment.

The rule was made absolute, without any evidence contradicting or impeaching the truth of the answers of garnishees. The judgment is erroneous. The answers of the garnishees, when categorical, are conclusive, unless disproved.

It is, therefore, ordered, adjudged and decreed, that the judgment be reversed, and that there be judgment in favor of *Gruman & Co.*, the garnishees, with costs in both courts.

VOORHIES, J., absent.

---

ARCHIBALD BORRON v. W. W. MERTENS.

*An affidavit for a continuance, is insufficient, when it does not disclose the name of any witness, by whom it is expected to prove any particular fact or facts, and does not state within what time the party expects to obtain the testimony of his witnesses.*

APPEAL from the Third District Court of New Orleans, *Duvignaud*, J.
    *Budd & Lambert*, for plaintiff.    *Durant & Hornor*, for defendant and appellant.

LAND, J. This suit is for the recovery of five hundred and fifty dollars and twenty-four cents, for re-weighing and inspecting cotton. The answer was a general denial. On the trial, the defendant filed an affidavit for a continuance, which was refused. There was judgment for plaintiff, and defendant has appealed. It is urged in this court that the Judge below erred in refusing the continuance.

The affidavit was insufficient. It did not disclose *the name of any witness*, by whom the defendant expected to prove any particular fact or facts. It did not state *within what time the defendant expected to obtain the testimony of his witnesses*.

It is, therefore, ordered, adjudged and decreed, that the judgment be affirmed, with costs in both courts.

VOORHIES, J., absent.